UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MARTY ROBERTSON | CIVIL ACTION NO. 5:16-CV-01474 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| WILLIS-KNIGHTON MEDICAL CENTER D/B/A WK BOSSIER HEALTH CENTER, TKC PLAISANCE, LLC F/K/A PINNACLE HEALTHCARE GROUP OF LOUISIANA, LLC AND ADVANCED REIMBURSEMENT MANAGEMENT, LLC D/B/A ADREIMA | MAGISTRATE JUDGE HORNSBY |

**ORDER**

CONSIDERING the parties' Joint Stipulation of Voluntary Dismissal against Defendant, Advanced Reimbursement Management, LLC d/b/a Adreima,

IT IS ORDERED that that any and all claims asserted and/or assertable by Plaintiff, Marty Robertson, against Defendant, Advanced Reimbursement Management, LLC d/b/a Adreima, shall be DISMISSED WITHOUT PREJUDICE and without costs or fees as to any party.

IT IS FURTHER ORDERED that all claims Plaintiff may have against other Defendants remaining in this matter are unaffected by this Stipulation.

SIGNED, this  29  day of November, 2016.

_____
U.S. MAGISTRATE JUDGE